# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KEVIN PAUL ECKENROD, #248680**

    **Plaintiff,**

**vs.**                                                                **4:09cv437-SPM/WCS**

**WALTER McNEIL, et al.,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

In an order filed November 16, 2009, Plaintiff was directed to submit an initial partial filing fee in the amount of $6.67 by December 16, 2009. Doc. 5. On November 23, 2009, Plaintiff's copy of that order was returned to the Clerk's office marked "not deliverable." Doc. 7. A check with the Department of Corrections web site reveals that the Plaintiff was released from custody on November 5, 2009, no forwarding address was given and to date, Plaintiff has not notified the court of a new address.

Plaintiff's only submission to the court was his original complaint and IFP motion, docs. 1 and 2. It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address. Since Plaintiff has not furnished the court with a new address, it is doubtful that he will even receive a copy of this report and recommendation. In the event the Plaintiff does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report

and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

It is therefore **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE.**

**IN CHAMBERS** at Tallahassee, Florida, on January 4, 2010.

s/ William C. Sherrill, Jr.

**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE
JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**